# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-19-00954-CV

---

**Carlson, Brigance & Doering, Inc., and LJA Engineering, Inc., Appellants**

**v.**

**Michael S. Compton, Jenifer Hammock, and Kyle Hammock, Appellees**

---

**FROM THE 335TH DISTRICT COURT OF BASTROP COUNTY**
**NO. 540-335, THE HONORABLE TERRY L. FLENNIKEN, JUDGE PRESIDING**

---

## NO. 03-19-00955-CV

---

**Carlson, Brigance & Doering, Inc., and LJA Engineering, Inc., Appellants**

**v.**

**Lynette Lee, Appellee**

---

**FROM THE 335TH DISTRICT COURT OF BASTROP COUNTY,**
**NO. 423-5024, THE HONORABLE TERRY L. FLENNIKEN, JUDGE PRESIDING**

Carlson, Brigance & Doering, Inc., and LJA Engineering, Inc., Appellants

v.

Tim Murphy and Maria Murphy, Individually and d/b/a Bastrop Signs and Banners, Appellees

FROM THE 335TH DISTRICT COURT OF BASTROP COUNTY
NO. 540-21, THE HONORABLE TERRY L. FLENNIKEN, JUDGE PRESIDING

NO. 03-19-00957-CV

Carlson, Brigance & Doering, Inc., and LJA Engineering, Inc., Appellants

v.

Jo Ann Sullivent, Appellee

FROM THE 335TH DISTRICT COURT OF BASTROP COUNTY
NO. 542-335, THE HONORABLE TERRY L. FLENNIKEN, JUDGE PRESIDING

**O R D E R**

PER CURIAM

These interlocutory appeals have been consolidated for purposes of briefing and submission. Appellant LJA Engineering, Inc's brief was due April 22, 2020. On July 30, 2020, and July 31, 2020, this Court sent notice to LJA that its brief was overdue and that a failure to

file a satisfactory response by August 10, 2020, would result in the dismissal of these appeals for want of prosecution. This deadline has now passed, and LJA Engineering, Inc. has not filed a brief or motion for extension of time. Accordingly, we dismiss LJA's appeals for want of prosecution. *See* Tex. R. App. P. 42.3(b). These cases shall proceed under the following styles:

No. 03-19-00954-CV: *Carlson, Brigance & Doering, Inc. v. Michael S. Compton, Jenifer Hammock, and Kyle Hammock*;

No. 03-19-00955-CV: *Carlson, Brigance & Doering, Inc. v. Lynette Lee*;

No. 03-19-00956-CV: *Carlson, Brigance & Doering, Inc. v. Tim Murphy and Maria Murphy, Individually and d/b/a Bastrop Signs and Banners*;

No. 03-19-00957-CV: *Carlson, Brigance & Doering, Inc. v. Jo Ann Sullivent*

It is so ordered on September 30, 2020.

Before Justices Goodwin, Kelly, and Smith